# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 20, 2023

## NO. 03-22-00318-CR

**Linda Marie Coolbaugh, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
REVERSED AND REMANDED ON MOTION FOR REHEARING –
OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment of conviction entered by the district court. The Court's opinion and judgment dated July 27, 2023 are withdrawn and the following opinion and judgment are substituted in their place. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, the Court reverses the district court's judgment of conviction and remands the case for further proceedings consistent with the opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.